No. 01–1775. SMITH *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 01–1776. SWAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–1778. MCBRYDE, JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS *v.* COMMITTEE TO REVIEW CIRCUIT COUNCIL CONDUCT AND DISABILITY ORDERS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–1780. KEELER *v.* ACADEMY OF AMERICAN FRANCISCAN HISTORY, INC. Ct. Sp. App. Md. Certiorari denied.

No. 01–1783. DEVITO ET AL. *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 01–1784. GREEN *v.* BENDEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–1785. HARTIG *v.* MCKEEN ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–1786. SAULT STE. MARIE TRIBE OF CHIPPEWA INDIANS, DBA SAULT STE. MARIE TRIBE ECONOMIC DEVELOPMENT COMMISSION *v.* YOUNG. Ct. App. Mich. Certiorari denied.

No. 01–1788. DORSETT *v.* LOUISIANA TECH UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1789. PENNSYLVANIA PHARMACISTS ASSN. ET AL. *v.* HOUSTOUN, SECRETARY, PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE. C. A. 3d Cir. Certiorari denied.

No. 01–1792. ANTICO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–1794. MELENDREZ *v.* SEIB ET AL. C. A. 5th Cir. Certiorari denied.